IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DALE A. TORREZ,**

        **Plaintiff,**

v.                                        No. CIV-13-0336 WJ/LAM

**CAROLYN W. COLVIN, Acting Commissioner**
**of the Social Security Administration,**

        **Defendant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' *Proposed Findings and Recommended Disposition (Doc. 22)* filed on February 28, 2014, which recommended granting *Plaintiff's Motion to Reverse or Remand Administrative Agency Decision (Doc. 18)*. No party has filed objections to the *Proposed Findings and Recommended Disposition (Doc. 22)* and the deadline for filing objections has passed. The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition (Doc. 22)*; grant *Plaintiff's Motion to Reverse or Remand Administrative Agency Decision (Doc. 18)*; and enter a judgment dismissing this case with prejudice.

**IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition (Doc. 22)* are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that *Plaintiff's Motion to Reverse or Remand Administrative Agency Decision (Doc. 18)* is **GRANTED**.

**IT IS FURTHER ORDERED** that this case be **REMANDED** to the Commissioner for further proceedings consistent with the *Proposed Findings and Recommended Disposition (Doc. 22)* and that a final judgment be entered concurrently with this order.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**